## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIELLE PALLOTTA and CHERYL LAFLAMME, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNIVERSITY OF MASSACHUSETTS MEMORIAL MEDICAL CENTER, UKG INC., and KRONOS INCORPORATED,<br><br>    Defendants. | Civil Action No.: 4:22-CV-10361-TSH |

## UKG INC. AND KRONOS INCOPORATED'S
## NOTICE OF SETTLEMENT

Defendants UKG Inc. and Kronos Incorporated respectfully submit this Notice to inform the Court of a recent class-action settlement impacting claims raised by Plaintiffs Danielle Pallotta and Cheryl Laflamme and state as follows:

1. On April 12, 2023, UKG executed a Settlement Agreement and Release (the "California Settlement") with Plaintiffs William Muller, Antonio Knezevich, Adam Bente, and Cindy Villanueva (the "California Plaintiffs") in the matter *In re UKG Inc. Cybersecurity Litigation*, Master Docket No. 3:22-cv-00346-SI (N.D. Cal.) (the "California Action").

2. The claims asserted by California Plaintiffs in the California Action were based on the same December 2021 cybersecurity incident that gives rise to Plaintiffs' claims here and the California Plaintiffs' claims overlap with many of the claims made in this lawsuit.

4892-2126-9332

Case No. 4:22-CV-10361-TSH

3. The California Action was brought on behalf of a nationwide class of individuals whose data was stored in the Kronos Private Cloud at the time of the December 2021 cybersecurity incident that encompasses the class Plaintiffs seek to represent here.

4. Once approved, the California Settlement will release claims raised by Plaintiffs and the putative class in this action.

5. Defendants and the California Plaintiffs will file a motion for preliminary approval in the California Action by April 28, 2023, at which time Defendants will submit a copy of the Settlement Agreement to this Court.

Dated: April 13, 2023

Respectfully submitted,

UKG INC. and Kronos Incorporated

*/s/ Alan Y. Wong*
Alan Y. Wong (BBO# 687618)
awong@shb.com
SHOOK, HARDY & BACON L.L.P.
One Federal St., Ste. 2540
Boston, MA 02110
Tel: (617) 531-1411 | Fax: (617) 531-1602

Alfred J. Saikali (PHV0178195FL)
asaikali@shb.com
SHOOK, HARDY & BACON L.L.P.
201 South Biscayne Blvd., Ste. 3200
Miami, FL 33131
Tel: (305) 358-5171 | Fax: (305) 358-7470

Maveric Ray Searle (PHV6336731IL)
msearle@shb.com
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Drive, Ste. 4700
Chicago, IL 60606
Tel: (312) 704-7700 | Fax: (312) 558-1195

4892-2126-9332

Case No. 4:22-CV-10361-TSH

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on April 13, 2023.

D. Greg Blankinship (Mass. Bar #655430)
Jeremiah Frei-Pearson (admitted pro hac vice)
Finkelstein, Blankinship, Frei-Pearson & Garber, LLP
One North Broadway, Suite 900
White Plains, NY 10601
Tel.: (914) 298-3281
gblankinship@fbfglaw.com
jfrei-pearson@fbfglaw.com

Kathy Jo Cook, BBO #631389
Sheff & Cook, LLC
Ten Tremont Street, 7th Floor
Boston, MA 02108
Tel.: (617) 720-8447
kjcook@sheffandcook.com

Stephen T. Paterniti (BBO# 564860)
Jackson Lewis P.C.
75 Park Plaza, 4th Floor
Boston, MA 02116
Tel.: (617) 367-0025
stephen.paterniti@jacksonlewis.com

Ethan J. Davis (BBO# 693484)
Jackson Lewis P.C.
500 North Akard Street, Suite 2500
Dallas, TX 75201
Tel.: (214) 520-2400
ethan.davis@jacksonlewis.com

                                                */s/ Alan Y. Wong*
                                                Alan Y. Wong

4892-2126-9332