UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIELLE PALLOTTA and CHERYL LAFLAMME, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF MASSACHUSETTS MEMORIAL MEDICAL CENTER, KRONOS INCORPORATED, and UKG INC.,<br><br>Defendants. | Civil Action No. 4:22-cv-10361-ADB |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Plaintiffs Danielle Pallotta and Cheryl LaFlamme (collectively, the "Plaintiffs"), by and through their undersigned counsel, hereby move this Court for preliminary approval of class action settlement.

Dated: May 12, 2023

Respectfully Submitted,

/s/ Jeremiah Frei-Pearson
Jeremiah Frei-Pearson (*Pro Hac Vice*)
D. Greg Blankinship (BBO# 655430)
**Finkelstein, Blankinship, Frei-Pearson & Garber, LLP**
One North Broadway, Suite 900
White Plains, NY 10601
jfrei-pearson@fbfglaw.com
gblankinship@fbfglaw.com

Kathy Jo Cook (BBO # 631389)
**Sheff & Cook, LLC**
10 Tremont Street, 7th Floor
Boston, MA 02108
kjcook@kjclawfirm.com

*Attorneys for Plaintiffs and the Proposed Classes*
**CERTIFICATE OF SERVICE**

  This hereby certifies that on this 12th day of May, 2023, this document, filed through this Court's ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and a paper and/or electronic copy shall be served on non-registered participants pursuant to applicable rules.

  Stephen T. Paterniti, BBO # 564860
  **JACKSON LEWIS P.C.**
  75 Park Plaza, 4th Floor
  Boston, MA 02116
  Tel: (617) 367-0025
  stephen.paterniti@jacksonlewis.com

  *Attorneys for Defendant UMass Memorial Medical Center*


        */s/ Jeremiah Frei-Pearson*
        Finkelstein, Blankinship, Frei-Pearson & Garber, LLP