UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIELLE PALLOTTA and CHERYL LAFLAMME, on behalf themselves and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>UNIVERSITY OF MASSACHUSETTS MEMORIAL MEDICAL CENTER, KRONOS INCORPORATED, and UKG INC.,<br><br>        Defendants. | Civil Action No. 4:22-cv-10361-ADB |

## NOTICE OF UNCONTESTED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF A SETTLEMENT CLASS

PLEASE TAKE NOTICE that on September 27, 2023 at 9:15 AM, Plaintiffs in the above captioned matter will move for final approval of class action settlement and certification of settlement class. In support of this motion, Plaintiffs will submit a Memorandum of Law and the Declaration of Jeremiah Frei-Pearson and exhibits.

Dated:   White Plains, New York
           September 1, 2023

                                              Respectfully submitted,

                                              By: */s/ Jeremiah Frei-Pearson*
                                              Jeremiah Frei-Pearson (*Pro Hac Vice*)
                                              D. Greg Blankinship (BBO# 655430)
                                              **FINKELSTEIN, BLANKINSHIP,**
                                              **FREI-PEARSON & GARBER, LLP**
                                              One North Broadway
                                              Suite 900
                                              White Plains, New York 10601
                                              Tel: (914) 298-3281
                                              jfrei-pearson@fbfglaw.com
                                              gblankinship@fbfglaw.com

Kathy Jo Cook (BBO # 631389)
**SHEFF & COOK, LLC**
10 Tremont Street
7th Floor
Boston, MA 02108
kjcook@kjclawfirm.com

Philip J. Gordon (BBO# 630989)
Kristen M. Hurley (BBO# 658237)
**GORDON LAW GROUP, LLP**
585 Boylston Street
Boston, MA 02116
pgordon@gordonllp.com
khurley@gordonllp.com

*Attorneys for Plaintiffs and the Collective and Class*